THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO.   1:21CR62

THOMAS REED RATLIFF

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the defendant in the above-captioned case, Thomas Reed Ratliff, by his counsel, Brendan S. Leary, Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the United States District Court entered on December 1, 2022.

Mr. Ratliff, being without funds and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests the appointment of counsel to prosecute this appeal.

**DATED** this 13th day of December 2022.

**THOMAS REED RATLIFF**
By Counsel

By:   */s/ Brendan S. Leary*
Brendan S. Leary
WV State Bar No. 9077
Attorney for Defendant
Federal Public Defender Office
1125 Chapline Street, Room 208
Wheeling, WV 26003
Tel. (304) 233-1217
Fax. (304) 233-1242
Email: Brendan_Leary@fd.org

## CERTIFICATION OF SERVICE

      I hereby certify that on December 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                David J. Perri, Esq.
                Assisted United States Attorney
                United States Attorney's Office
                P.O. Box 591
                Wheeling, WV 26003
                304-234-0100

By:    */s/ Brendan S. Leary*
          Brendan S. Leary
          WV State Bar No. 9077
          Attorney for Defendant
          Federal Public Defender Office
          1125 Chapline Street, Room 208
          Wheeling, WV 26003
          Tel. (304) 233-1217
          Fax. (304) 233-1242
          Email: Brendan_Leary@fd.org